UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER BROWN, SR., on behalf of himself and other similarly situated employees,

      Plaintiff,

vs.                                    CASE NO.:  18-1617 SECTION "F" 1

NHS PENNSYLVANIA, INC., a Foreign For-Profit Corporation,

      Defendant.    /

**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF AN FLSA COLLECTIVE ACTION AND FOR AN ORDER PERMITTING COURT-SUPERVISED NOTICE OF THIS ACTION TO POTENTIAL OPT-IN PLAINTIFFS AND INCORPORATED BRIEF**

Plaintiff, CHRISTOPHER BROWN, on his own behalf and on behalf of those similarly situated ("Plaintiff" or "Plaintiffs"), requests the entry of an Order: (1) permitting conditional certification of this collective action; and (2) authorizing, under court supervision, notice to all similarly situated employees who were employed by Defendant, NHS PENNSYLVANIA, ("NHS" or "Defendant").  The putative class, to which Plaintiff seeks to facilitate notice, consists of individuals as defined below:

> **All Substance Abuse Specialists, Employment Specialists, Housing Specialists, Peer Support Specialists, Forensic Specialists, Registered Nurses, and Licensed Practitioner Nurses who worked for Defendant's ACT/FACT teams within the state of Louisiana or Pennsylvania within the last three years**

Plaintiff requests conditional certification in the instant matter and states as follows:

As stated in Plaintiff's Complaint, Plaintiff was an hourly paid employee (in this case, a "Specialist") employed by Defendant and is authorized by the FLSA to sue in his own name on

behalf of himself and other employees similarly situated. As a result of such unlawful compensation practices, each class member did not receive full and proper payment of time and one half of their regular rate of pay for *all* hours worked over 40 in one or more workweeks for Defendant. Simply put, all other class members are owed full and proper payment of overtime wages and the right to participate in this litigation.

Defendant has acted or refused to act on common grounds applicable to class members thereby making the identical relief appropriate with respect to their current and former class members as a whole. Moreover, the common questions of law and fact predominate over any questions affecting only Plaintiff, and a collective action is superior to other available methods for the fair and equitable adjudication of the controversies between the representatives described above and the named Defendant. And, although the class of current and former class members is identified and certain, the individual members of the class cannot be completely identified and notified of their right to join this action absent access to Defendant's records.

## I.     CONCLUSION

A primary reason for conditionally certifying an FLSA collective action is to ensure the joining of the other parties occurs in an orderly, sensible, efficient and proper way. *See* Plaintiff's Memorandum in Support of its Motion for Collective Action. Here, Plaintiff has demonstrated through copious and competent evidence that the orderly, sensible efficient and proper way to address the similar claims of the similarly situated Specialists is through an FLSA collective action.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request for Court authorization to provide: (1) Defendant produce to Plaintiff a list of all similarly situated class members within the last three years, (2) the proposed "Notification" letter, attached as

Exhibit "A", to be sent to all similarly situated employees nationwide; and (3) the proposed "Notice of Consent to Join" form, attached as Exhibit "B", which similarly situated employees can complete, sign, and file with the Court.

Respectfully submitted this 30th day of November, 2018.

                 s/   Carlos V. Leach
                 Carlos V. Leach, Esquire
                 Pro Hac Vice - FBN 0540021
                 THE LEACH FIRM, P.A.
                 1950 Lee Road, Suite 213
                 Winter Park, FL 32789
                 Telephone: (321) 287-6021
                 Facsimile:  (833) 423-5864
                 Email: cleach@theleachfirm.com
                 and

                 *MITCHELL & ASSOCIATES, APLC*

                 s/ Craig Mitchell
                 **CRAIG B. MITCHELL LSBA #24565**
                 **KENDALE J. THOMPSON LSBA #37331**
                 615 Baronne Street, Suite 300
                 New Orleans, Louisiana 70113
                 Telephone: (504) 527-6433
                 Facsimile: (504) 527-6450
                 Email: cbmitchell@mitchellaplc.com
                 Email: kthompson@mitchellaplc.com
                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing of Plaintiffs, CHRISTOPHER BROWN, on his own behalf and on behalf of those similarly situated, has been served on Defendant, using the CM/ECF system which I understand will send a notice of electronic filing, on this 30th day of November, 2018.

                 **/s/ Craig Mitchell**
                 Craig Mitchell, Esq.